## STATE OF CONNECTICUT *v.* JOHN MANN

The defendant's petition for certification for appeal from the Appellate Court, 56 Conn. App. 856 (AC 17941), is denied.

*John R. Williams*, in support of the petition.

*Michele C. Lukban*, assistant state's attorney, in opposition.

Decided May 4, 2000

## STATE OF CONNECTICUT *v.* JOHN E. GUNDEL

The defendant's petition for certification for appeal from the Appellate Court, 56 Conn. App. 805 (AC 18475), is denied.

*Gary A. Mastronardi*, in support of the petition.

*Marjorie Allen Dauster*, assistant state's attorney, in opposition.

Decided May 4, 2000

## LEVEY MILLER MARETZ *v.* 595 CORPORATE CIRCLE ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 56 Conn. App. 815 (AC 18716), is granted, limited to the following issues:

"1. Did the Appellate Court correctly determine that a real estate listing agreement was unenforceable under General Statutes (Rev. to 1991) § 20-325a on the ground that the signatures of the general partners of the partnership ownership of the property were not acknowledged and witnessed?